```
                                    FILED
                                  JAN 1 8 2008
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8027

| UNITED STATES OF AMERICA, | ) | Mag. Case No. |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., Section 1326 |
| Marco Antonio MANDUJANO-Maldonado, | ) | Deported Alien Found In the United States |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about January 17, 2008, within the Southern District of California, defendant Marco Antonio MANDUJANO-Maldonado, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Michael Mikuski
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF JANUARY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

1  UNITED STATES OF AMERICA
2          v.
3  Marco Antonio MANDUJANO-Maldonado

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, P. Murillo, that Marco Antonio MANDUJANO-Maldonado was found and arrested on January 17, 2008, east of Calexico, California.

January 17, 2008, at approximately 9:00 A.M. Agent Murillo was working approximately 12 miles east of the Calexico, California, Port of Entry. Agent Murillo encountered a group of ten individuals north of the international boundary with Mexico. Agent Murillo identified himself to the group and questioned them as to their country of citizenship and their right to be in the United States. The group, including one individual later identified as Marco Antonio MANDUJANO-Maldonado, stated they are natives and citizens of Mexico illegally in the United States. Agent Murillo arrested and transported MANDUJANO and the other nine illegal alien to the Calexico Border Patrol Station for further processing.

Records check disclosed MANDUJANO was previously deported to Mexico on October 28, 2005, by an Immigration Judge. A further records check of MANDUJANO revealed he has an extensive criminal and Immigration history.

There is no evidence that MANDUJANO has sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being deported.

(2)